NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL SINDRAM,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7075

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-3676, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellant's motion for a 60-day extension of time, until August 1, 2011, to file his brief,

IT IS ORDERED THAT:

The motion is granted. No further extensions.

FOR THE COURT

**MAY 1 3 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Katherine A. Helm, Esq.
    Nelson R. Richards, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 1 3 2011**

**JAN HORBALY**
**CLERK**